UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
SKYLINE TRAVEL, INC., and :
ABY GEORGE :
: 08 Civ. 991 (LTS )(MHD)
Plaintiffs, :
:
- against - :
:
SKYLINK TRAVEL INC. : APPEARANCE
:
Defendant. :
--------------------------------------------------------------------X

# PLAINTIFFS' NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for plaintiffs, SKYLINE TRAVEL, INC. and ABY GEORGE.

I certify that I am admitted to practice in this court.

March 25, 2008                                    /s/
ROBERT G. LEINO  RL-4082
354 E. 91st Street, Apt.1101
New York, NY 10128
(212) 289-8357
(212) 289-8919 (FAX)
rgleino@leinolaw.com