UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SKYLINE TRAVEL, INC., and :
ABY GEORGE :
                    Plaintiffs, :    08 Civ. 991 (LTS )(MHD)
 :
 :
     -against- :    **AFFIRMATION OF SERVICE**
 :
SKYLINK TRAVEL INC. :
                  Defendant. :
------------------------------------------------------------------X

<u>**AFFIRMATION OF SERVICE**</u>

     ROBERT G. LEINO, ESQ., being an attorney-at-law, duly admitted to practice in the State of

New York, affirms the following under penalties of perjury:

     I am not a party to the action, am over 18 years of age and reside in New York, New York.

     On January 11, 2008 at 3:00 pm at 980 Avenue of the Americas, New York, New York, I served
the above-captioned Summons and Complaint (with Supreme Court of the State of New York, County
of New York civil action number).

On:  Mr. Patel, Accounts

INDIVIDUAL        by delivering thereat a true copy of each to said recipient personally; affiant
knew the person so served to be the agent or employee of defendant as the above location was the
address for defendant, as identified by the building directory and in public sources of information.

| DESCRIPTION | SEX: Male | SKIN COLOR: Brown | HEIGHT: 5' 6" |
| --- | --- | --- | --- |
| | AGE: 56 | HAIR COLOR: Brown | WEIGHT: 175 |
| | OTHER: _____ | | |

MILITARY      Not Applicable: Defendant is a corporation.
SERVICE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2008       _____/s/_____
                       ROBERT G. LEINO