UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SKYLINE TRAVEL, INC., and
ABY GEORGE

                              Plaintiffs,          08 Civ. 991 (LTS)(MHD)

    -against-                              **RULE 7.1 DISCLOSURE STATEMENT**

SKYLINK TRAVEL INC.

                              Defendant.
------------------------------------------------------------------X

**PLAINTIFF'S, SKYLINE TRAVEL, INC.'S, RULE 7.1 DISCLOSURE STATEMENT**

    Plaintiff, Skyline Travel, Inc., by its attorney, Robert G. Leino, Esq., makes the following statement pursuant to the Federal Rules of Civil Procedure 7.1 and Local Rule of Civil Procedure 7.1.1:

    1. Plaintiff, Skyline Travel, Inc., does not have any parent corporation.

    2. There are no publicly held corporations owning 10% or more of the stock of plaintiff, Skyline travel, Inc.

Dated: New York, New York
       April 8, 2008

                                                    /s/
                                     ROBERT G. LEINO, ESQUIRE
                                   Attorney for Plaintiffs
                                   354 E. 91st Street, Apt.1101
                                   New York, New York 10128
                                   (212) 289-8357
                                   rgleino@leinolaw.com