UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Skyline,

                          Plaintiff(s),

  -v-

Skylink,

                          Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 9 2008

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 991 (LTS)(MHD)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*

_____

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___  Settlement* (Principals to participate as required by Magistrate Judge)

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    _____

    All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
              May 9, 2008

                                            LAURA TAYLOR SWAIN
                                            United States District Judge