```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
SKYLINE TRAVEL, INC.
and ABY GEORGE,
                                    :
            Plaintiffs,                    ORDER
                                    :
      -against-                        08 Civ. 991 (LTS)(MHD)
                                    :
SKYLINK TRAVEL, INC.,
                                    :
            Defendant.
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **THURSDAY, JULY 24, 2008 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**DATED:** New York, New York
       May 23, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Robert Gilbert Leino, Esq.
Robin Ridless Attorney at law
20 Liberty Street
#22G
New York, NY 10005

Daniel Y. Gielchinsky, Esq.
Herten Burstein Sheridan, Esqs.
747 Third Avenue, 37th Floor
New York, NY 10017