```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SKYLINE TRAVEL, INC.
and ABY GEORGE,                      :

            Plaintiffs,              :      ORDER

       -against-                     :      08 Civ. 991 (LTS)(MHD)

SKYLINK TRAVEL, INC.                 :

            Defendant.               :
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby

**ORDERED** that a settlement conference has been scheduled in the above-captioned action on **TUESDAY, NOVEMBER 25, 2008 at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

Dated: New York, New York
       September 4, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:

Robert Gilbert Leino, Esq.
354 East 91st Street. Apt. 1101
New York, NY 10128

Daniel Y. Gielchinsky, Esq.
Herten Burstein Sheridan, Esq.
747 Third Avenue, 37th Floor
New York, NY 10017