UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SKYLINE TRAVEL, INC.
and ABY GEORGE,                      :

            Plaintiffs,              :         **ORDER**

       -against-                     :    08 Civ. 991 (LTS)(MHD)

SKYLINK TRAVEL, INC.                 :

            Defendant.               :
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

            4/6/09

     Defendant having filed a motion to disqualify counsel on April 3, 2009, it is hereby ORDERED:

     1. Plaintiffs are to serve and file any response to defendant's motion by no later than **April 13, 2009**.

     2. Defendant is to serve and file any reply by **April 16, 2009**.

Dated: New York, New York
       April 6, 2009

                              SO ORDERED.


                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Robert Gilbert Leino, Esq.
354 East 91st Street. Apt. 1101
New York, NY 10128

Daniel Y. Gielchinsky, Esq.
Herten Burstein
21 Main Street, Suite 353
Court Plaza South - West Wing
Hackensack, NJ 07601-7095